# United States Bankruptcy Court
# Middle District of Pennsylvania

IN RE:                                                              Case No. _____

**Giacchi, Louis John & Giacchi, Janice Ellen** _____    Chapter **7** _____
<div align="center">Debtor(s)</div>

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 116,413.00 | | |
| B - Personal Property | Yes | 4 | $ 171,136.65 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 177,252.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 195,548.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $ 2,060.61 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 2,725.68 |
| TOTAL | | 27 | $ 287,549.65 | $ 372,800.82 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Middle District of Pennsylvania

**IN RE:**                                                                  Case No. _____

Giacchi, Louis John & Giacchi, Janice Ellen _____      Chapter **7** _____
<div align="center">Debtor(s)</div>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **82,893.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **82,893.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **2,060.61** |
| Average Expenses (from Schedule J, Line 22) | $ | **2,725.68** |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | **3,532.63** |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | **60,839.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | **0.00** |
| 4. Total from Schedule F | | | $ | **195,548.82** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | **256,387.82** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Giacchi, Louis John & Giacchi, Janice Ellen** _____ Case No. _____
<br>_____Debtor(s)_____ _____(If known)_____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residential Dwelling Located at 502 Scenic Drive Albrightsville, PA 18210**<br><br>**Value Based Upon Zillow Estimate** | | J | **116,413.00** | **177,252.00** |
| | | **TOTAL** | **116,413.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen                    Case No. _____

Debtor(s)                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash On Hand** | J | 5.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking & Savings Account with Wayne Bank** | J | 120.00 |
| | | **Checking & Savings Account with Wells Fargo** | J | 1,450.00 |
| | | **Savings Account with Breater Alliance Credit Union** | J | 420.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Future Landlord, Peak Mangement** | J | 300.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Bedroom Lamps** | J | 60.00 |
| | | **Bedroom Television** | J | 25.00 |
| | | **Beds (x2)** | J | 130.00 |
| | | **Cedar Chest** | J | 20.00 |
| | | **China Cabinet** | J | 130.00 |
| | | **Coffee Maker** | J | 40.00 |
| | | **Coffee Tables** | J | 30.00 |
| | | **Dining Room Table & Chairs** | J | 80.00 |
| | | **Dishes, Glassware & Utensils** | J | 47.00 |
| | | **Dressers (x6)** | J | 150.00 |
| | | **End Tables** | J | 25.00 |
| | | **Grill** | J | 10.00 |
| | | **Living Room Lamps** | J | 30.00 |
| | | **Living Room Television** | J | 25.00 |
| | | **Love Seat** | J | 80.00 |
| | | **Microwave** | J | 25.00 |
| | | **Mirrors** | J | 20.00 |
| | | **Night Stands (x3)** | J | 40.00 |
| | | **Recliner** | J | 75.00 |
| | | **Refrigerator** | J | 300.00 |
| | | **Small Kitchen Appliances** | J | 150.00 |
| | | **Stove** | J | 300.00 |
| | | **Weed Whacker** | J | 40.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Giacchi, Louis John & Giacchi, Janice Ellen** _____ Case No. _____

<u>Debtor(s)</u> (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CDs** | J | 90.00 |
| | | **DVDs** | J | 75.00 |
| 6. Wearing apparel. | | **Pants, Shirts, Shoes, Jackets, and Other Wearing Apparel** | J | 300.00 |
| 7. Furs and jewelry. | | **Bracelets** | J | 25.00 |
| | | **Earrings** | J | 20.00 |
| | | **Engagement Ring** | J | 2,000.00 |
| | | **Small Costume Jewelry** | J | 150.00 |
| | | **Watches** | J | 20.00 |
| | | **Wedding Rings** | J | 450.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy Through Prudential Life Insurance Co. of America - Cash Surrender Value Listed** | H | 3,426.78 |
| | | **Life Insurance Through AAA - No Cash Surrender Value** | J | 0.00 |
| | | **Life Insurance Through Prudential Insurance Co. of America - Cash Surrender Value Listed** | W | 23,240.91 |
| | | **Life Insurance Through Prudential Insurance Co. of America - Cash Surrender Value Listed** | H | 12,375.78 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) Through Coordinated Health** | W | 7.67 |
| | | **IRA Through Nationwide (Debtors Borrowed Against this Account To Pay For Moving Costs and Security Deposit for Their Future Rental** | W | 12,489.19 |
| | | **Pension Through Shoprite** | H | 100,000.00 |
| | | **Traditional IRA Through Wells Fargo** | W | 6,963.02 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **10 Shares in Deluxe Corp (DLX) - Value as of closing price on September 18, 2015** | H | 575.00 |
| | | **10 Shares in Prudential Financial Inc. (PRU) - Value as of closing price on September 18, 2015** | J | 758.30 |
| | | **18 Shares in Deluxe Corp (DLX) - Value as of closing price on July 29, 2015 (Jointly Owned with Nicole Marie Giacchi)** | J | 1,035.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Giacchi, Louis John & Giacchi, Janice Ellen** _____ Case No. _____
             Debtor(s)                                             (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chrysler Town & Country - KBB Value Listed** | J | 1,758.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

IN RE <u>Giacchi, Louis John & Giacchi, Janice Ellen</u>                    Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | | **1/4 Interest in Lifestyle Holiday Vacation Club (Total Asset Value Estimated At $5,000)** | J | 1,250.00 |
| | | | **TOTAL** | **171,136.65** |

<div style="text-align:right">(Include amounts from any continuation sheets attached.<br>Report total also on Summary of Schedules.)</div>

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen _____ Case No. _____

Debtor(s)                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash On Hand** | 11 USC § 522(d)(5) | 5.00 | 5.00 |
| **Checking & Savings Account with Wayne Bank** | 11 USC § 522(d)(5) | 120.00 | 120.00 |
| **Checking & Savings Account with Wells Fargo** | 11 USC § 522(d)(5) | 1,450.00 | 1,450.00 |
| **Savings Account with Breater Alliance Credit Union** | 11 USC § 522(d)(5) | 420.00 | 420.00 |
| **Security Deposit with Future Landlord, Peak Mangement** | 11 USC § 522(d)(5) | 300.00 | 300.00 |
| **Bedroom Lamps** | 11 USC § 522(d)(3) | 60.00 | 60.00 |
| **Bedroom Television** | 11 USC § 522(d)(3) | 25.00 | 25.00 |
| **Beds (x2)** | 11 USC § 522(d)(3) | 130.00 | 130.00 |
| **Cedar Chest** | 11 USC § 522(d)(3) | 20.00 | 20.00 |
| **China Cabinet** | 11 USC § 522(d)(3) | 130.00 | 130.00 |
| **Coffee Maker** | 11 USC § 522(d)(3) | 40.00 | 40.00 |
| **Coffee Tables** | 11 USC § 522(d)(3) | 30.00 | 30.00 |
| **Dining Room Table & Chairs** | 11 USC § 522(d)(3) | 80.00 | 80.00 |
| **Dishes, Glassware & Utensils** | 11 USC § 522(d)(3) | 47.00 | 47.00 |
| **Dressers (x6)** | 11 USC § 522(d)(3) | 150.00 | 150.00 |
| **End Tables** | 11 USC § 522(d)(3) | 25.00 | 25.00 |
| **Grill** | 11 USC § 522(d)(3) | 10.00 | 10.00 |
| **Living Room Lamps** | 11 USC § 522(d)(3) | 30.00 | 30.00 |
| **Living Room Television** | 11 USC § 522(d)(3) | 25.00 | 25.00 |
| **Love Seat** | 11 USC § 522(d)(3) | 80.00 | 80.00 |
| **Microwave** | 11 USC § 522(d)(3) | 25.00 | 25.00 |
| **Mirrors** | 11 USC § 522(d)(3) | 20.00 | 20.00 |
| **Night Stands (x3)** | 11 USC § 522(d)(3) | 40.00 | 40.00 |
| **Recliner** | 11 USC § 522(d)(3) | 75.00 | 75.00 |
| **Refirgerator** | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| **Small Kitchen Appliances** | 11 USC § 522(d)(3) | 150.00 | 150.00 |
| **Stove** | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| **Weed Whacker** | 11 USC § 522(d)(3) | 40.00 | 40.00 |
| **CDs** | 11 USC § 522(d)(3) | 90.00 | 90.00 |
| **DVDs** | 11 USC § 522(d)(3) | 75.00 | 75.00 |
| **Pants, Shirts, Shoes, Jackets, and Other Wearing Apparel** | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| **Bracelets** | 11 USC § 522(d)(4) | 25.00 | 25.00 |
| **Earrings** | 11 USC § 522(d)(4) | 20.00 | 20.00 |
| **Engagement Ring** | 11 USC § 522(d)(4) | 2,000.00 | 2,000.00 |
| **Small Costume Jewelry** | 11 USC § 522(d)(4) | 150.00 | 150.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**IN RE** <u>Giacchi, Louis John & Giacchi, Janice Ellen</u>                    Case No. _____
<div align="center">Debtor(s)                                                                (If known)</div>

<div align="center">

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

</div>

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **Watches** | **11 USC § 522(d)(4)** | **20.00** | **20.00** |
| **Wedding Rings** | **11 USC § 522(d)(4)** | **450.00** | **450.00** |
| **Life Insurance Policy Through Prudential Life Insurance Co. of America - Cash Surrender Value Listed** | **11 USC § 522(d)(5)** | **3,426.78** | **3,426.78** |
| **Life Insurance Through Prudential Insurance Co. of America - Cash Surrender Value Listed** | **11 USC § 522(d)(8)** | **23,240.91** | **23,240.91** |
| **Life Insurance Through Prudential Insurance Co. of America - Cash Surrender Value Listed** | **11 USC § 522(d)(5)** | **12,375.78** | **12,375.78** |
| **401(k) Through Coordinated Health** | **11 USC § 522(d)(12)** | **7.67** | **7.67** |
| **IRA Through Nationwide (Debtors Borrowed Against this Account To Pay For Moving Costs and Security Deposit for Their Future Rental** | **11 USC § 522(d)(12)** | **12,489.19** | **12,489.19** |
| **Pension Through Shoprite** | **11 USC § 522(d)(12)** | **100,000.00** | **100,000.00** |
| **Traditional IRA Through Wells Fargo** | **11 USC § 522(d)(12)** | **6,963.02** | **6,963.02** |
| **10 Shares in Deluxe Corp (DLX) - Value as of closing price on September 18, 2015** | **11 USC § 522(d)(5)** | **575.00** | **575.00** |
| **10 Shares in Prudential Financial Inc. (PRU) - Value as of closing price on September 18, 2015** | **11 USC § 522(d)(5)** | **758.30** | **758.30** |
| **18 Shares in Deluxe Corp (DLX) - Value as of closing price on July 29, 2015 (Jointly Owned with Nicole Marie Giacchi)** | **11 USC § 522(d)(5)** | **1,035.00** | **1,035.00** |
| **2006 Chrysler Town & Country - KBB Value Listed** | **11 USC § 522(d)(2)** | **1,758.00** | **1,758.00** |
| **1/4 Interest in Lifestyle Holiday Vacation Club (Total Asset Value Estimated At $5,000)** | **11 USC § 522(d)(5)** | **1,250.00** | **1,250.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Giacchi, Louis John & Giacchi, Janice Ellen</u>                              Case No. _____

<div align="center">Debtor(s)                                                                                                        (If known)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

<div style="writing-mode: vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4840**<br>**Monroe County Tax Claim Bureau**<br>**One Quaker Plaza, Suite 104**<br>**Stroudsburg, PA  18360** | | J | **Local Taxes Incurred 2015**<br><br>VALUE $ **116,413.00** | | | | **5,337.00** | **5,337.00** |
| ACCOUNT NO. **4750**<br>**Springleaf**<br>**Po Box 9068**<br>**Brandon, FL  33508** | | | **MORTGAGE ACCOUNT OPENED 11/2006**<br><br>**Second Mortgage on Debtors' Residence**<br><br>VALUE $ **116,413.00** | | | | **30,391.00** | **30,391.00** |
| ACCOUNT NO. **0001**<br>**Wells Fargo Bank Nv Na**<br>**Po Box 31557**<br>**Billings, MT  59107** | | | **INSTALLMENT ACCOUNT OPENED 3/2005**<br><br>**First Mortgage on Debtors' Residence**<br><br>VALUE $ **116,413.00** | | | | **141,524.00** | **25,111.00** |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

<u>     **0**     </u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **177,252.00** | $ **60,839.00** |
| Total<br>(Use only on last page) | $ **177,252.00** | $ **60,839.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

IN RE **Giacchi, Louis John & Giacchi, Janice Ellen** _____ Case No. _____
                             Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Giacchi, Louis John & Giacchi, Janice Ellen**     Case No. _____

<div align="center">Debtor(s)              (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001**<br><br>**Aes/nct**<br>**Po Box 61047**<br>**Harrisburg, PA  17106** | | H | **INSTALLMENT ACCOUNT OPENED 8/2004** | | | | **9,182.00** |
| ACCOUNT NO. **0002**<br><br>**Aes/nct**<br>**Po Box 61047**<br>**Harrisburg, PA  17106** | | H | **INSTALLMENT ACCOUNT OPENED 11/2004** | | | | **9,128.00** |
| ACCOUNT NO. **7393**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | H | **REVOLVING ACCOUNT OPENED 4/2005** | | | | **13,122.00** |
| ACCOUNT NO.<br><br>**Jaffe & Asher LLP**<br>**11 East Market Street, Suite102**<br>**York, PA  17401** | | | **Assignee or other notification for:**<br>**Amex** | | | | |

**7** continuation sheets attached

Subtotal (Total of this page)   $   **31,432.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen          Case No. _____
_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5137** <br> **ANES Spec. Bethlehem P.C.** <br> **P.O. Box 64500** <br> **Souderton, PA  18964** | | H | **Medical Debt Incurred 2015** | | | | **101.03** |
| ACCOUNT NO. **2070** <br> **Barclays Bank Delaware** <br> **P.o. Box 8803** <br> **Wilmington, DE  19899** | | | **REVOLVING ACCOUNT OPENED 10/2007** | | | | **3,755.00** |
| ACCOUNT NO. <br> **Juniper MC** <br> **P.O. Box 8826** <br> **Wilmington, DE  19899-8826** | | | **Assignee or other notification for:** <br> **Barclays Bank Delaware** | | | | |
| ACCOUNT NO. <br> **Blue Ridge Communications** <br> **P.O. Box 316** <br> **Palmerton, PA  18071** | | J | **Cable Debt Incurred 2015** | | | | **80.00** |
| ACCOUNT NO. **6908** <br> **Capital One Bank (USA) N.A.** <br> **P.O. Box 71083** <br> **Charlotte, NC  28272-1083** | | | **REVOLVING ACCOUNT OPENED 7/2007** | | | | **10,390.00** |
| ACCOUNT NO. **3781** <br> **Capital One Bank Usa N** <br> **Pob 30281** <br> **Salt Lake City, UT  84130** | | | **REVOLVING ACCOUNT OPENED 10/1995** | | | | **1,874.00** |
| ACCOUNT NO. **3940** <br> **Chase Card** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | | **REVOLVING ACCOUNT OPENED 7/2003** | | | | **4,117.00** |

Sheet no. _____**1**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,317.03**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen      Case No. _____
<br>
_____ Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0969**<br>**Credit First N A**<br>**6275 Eastland Rd**<br>**Brookpark, OH 44142** | | | **REVOLVING ACCOUNT OPENED 2/1997** | | | | **2,255.00** |
| ACCOUNT NO. **9300**<br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | W | **REVOLVING ACCOUNT OPENED 12/1989** | | | | **9,301.00** |
| ACCOUNT NO. **0295**<br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | H | **REVOLVING ACCOUNT OPENED 12/1987** | | | | **14,350.00** |
| ACCOUNT NO.<br>**Capital Management Services LP**<br>**698 1/2 South Ogden Street**<br>**Buffalo, NY 14206-2317** | | | **Assignee or other notification for:**<br>**Discover Fin Svcs Llc** | | | | |
| ACCOUNT NO. **2742**<br>**Exxmblciti**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | | **REVOLVING ACCOUNT OPENED 4/1998** | | | | **789.00** |
| ACCOUNT NO.<br>**United Recovery Systems LP**<br>**5800 North Course Drive**<br>**Houston, TX 77072** | | | **Assignee or other notification for:**<br>**Exxmblciti** | | | | |
| ACCOUNT NO. **5132**<br>**Family Care Centers Inc.**<br>**P.O. Box 827658**<br>**Philadelphia, PA 19182-7658** | | H | **Medical Debt Incurred 2014** | | | | **11.60** |

Sheet no. ____**2**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                              (Total of this page)   $   **26,706.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Giacchi, Louis John & Giacchi, Janice Ellen**      Case No. _____

<div align="center">Debtor(s)          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br> **Fed Loan Serv** <br> **Po Box 60610** <br> **Harrisburg, PA  17106** | | H | **INSTALLMENT ACCOUNT OPENED 6/2013** | | | | **64,583.00** |
| ACCOUNT NO. **4960** <br> **Kohls/capone** <br> **N56 W 17000 Ridgewood Dr** <br> **Menomonee Falls, WI  53051** | | H | **REVOLVING ACCOUNT OPENED 4/2009** | | | | **248.00** |
| ACCOUNT NO. **0969** <br> **Kost Tire & Auto Service** <br> **P.O. Box 81410** <br> **Cleveland, OH  44181** | | H | **Revolving Account Incurred 2015** | | | | **2,255.09** |
| ACCOUNT NO. **8578** <br> **Pinnacle Mid-Atlantic ANES/PA** <br> **P.O. Box 650782** <br> **Dallas, TX  75265-0782** | | H | **Medical Debt Incurred 2014** | | | | **658.00** |
| ACCOUNT NO. **8174** <br> **Pocono Emergency Physicians** <br> **P.O. Box 827658** <br> **Philadelphia, PA  19182** | | H | **Mediacl Debt Incurred 2011** | | | | **77.00** |
| ACCOUNT NO. <br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA  19044** | | | **Assignee or other notification for:** <br> **Pocono Emergency Physicians** | | | | |
| ACCOUNT NO. **1232** <br> **Pocono Imaging Partner LLP** <br> **P.O. Box 60** <br> **East Stroudsburg, PA  18301-9629** | | H | **Medical Debt Incurred 2011** | | | | **55.56** |

Sheet no. _____**3**___ of ____**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $    **67,876.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

</div>

<div style="writing-mode: vertical-lr; font-size:8px;">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen                    Case No. _____

_____ Debtor(s) _____                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5765**<br>**Pocono Medical Center**<br>**P.O Box 822009**<br>**Philadelphia, PA 19182** | | H | **Medical Lab Debt Incurred 2013** | | | | **14.34** |
| ACCOUNT NO.<br>**Computer Credit Inc.**<br>**Claim Dept. 003755**<br>**640 West Fourth St., P.O. Box 5238**<br>**Winston-Salem, NC 27113-5238** | | | **Assignee or other notification for:**<br>**Pocono Medical Center** | | | | |
| ACCOUNT NO.<br>**Penn Credit Corp**<br>**916 South 14th Street**<br>**Harrisburg, PA 17104** | | | **Assignee or other notification for:**<br>**Pocono Medical Center** | | | | |
| ACCOUNT NO.<br>**Powell, Rogers & Speaks, Inc.**<br>**P.O. Box 930**<br>**Halifax, PA 17032** | | | **Assignee or other notification for:**<br>**Pocono Medical Center** | | | | |
| ACCOUNT NO.<br>**Progressive Physician Associates**<br>**3735 Nazareth Rd # 206**<br>**Nazareth, PA 18045** | | H | **OPEN ACCOUNT OPENED 5/2014** | | | | **19.00** |
| ACCOUNT NO.<br>**Americollect Inc**<br>**1851 S Alverno Rd**<br>**Manitowoc, WI 54220** | | | **Assignee or other notification for:**<br>**Progressive Physician Associates** | | | | |
| ACCOUNT NO.<br>**Progressive Physician Associates**<br>**3735 Nazareth Rd # 206**<br>**Nazareth, PA 18045** | | H | **OPEN ACCOUNT OPENED 9/2014** | | | | **16.00** |

Sheet no. _____ **4** of _____ **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **49.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** <u>Giacchi, Louis John & Giacchi, Janice Ellen</u>    Case No. _____
<br>
                                   Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Americollect Inc**<br>**1851 S Alverno Rd**<br>**Manitowoc, WI 54220** | | | Assignee or other notification for:<br>**Progressive Physician Associates** | | | | |
| ACCOUNT NO.<br>**Progressive Physician Associates**<br>**3735 Nazareth Rd # 206**<br>**Nazareth, PA 18045** | | H | **OPEN ACCOUNT OPENED 9/2014** | | | | **16.00** |
| ACCOUNT NO.<br>**Americollect Inc**<br>**1851 S Alverno Rd**<br>**Manitowoc, WI 54220** | | | Assignee or other notification for:<br>**Progressive Physician Associates** | | | | |
| ACCOUNT NO. **9827**<br>**Prudential Insurance Co. Of America**<br>**751 Broad Street**<br>**Newark, NJ 07102** | | H | **Installation Loan from Debtor's Life Insurance Policy Incurred 2015** | | | | **14,485.50** |
| ACCOUNT NO. **6213**<br>**St. Lukes Physicians Group**<br>**P.O. Box 5386**<br>**Bethlehem, PA 18015-0386** | | J | **Medical Debt Incurred 2014** | | | | **93.00** |
| ACCOUNT NO.<br>**Peerless Credit Services Inc.**<br>**P.O. Box 518**<br>**Middletown, PA 17057** | | | Assignee or other notification for:<br>**St. Lukes Physicians Group** | | | | |
| ACCOUNT NO. **6213**<br>**St. Lukes Physicians Group**<br>**P.O. Box 5386**<br>**Bethlehem, PA 18015-0386** | | H | **Medical Debt Incurred 2014** | | | | **58.40** |

Sheet no. **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    $ **14,652.90**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Giacchi, Louis John & Giacchi, Janice Ellen</u>       Case No. _____
<br>                         Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0337**<br>**St. Lukes University Health Network**<br>**Dept 21784**<br>**P.O. Box 1259**<br>**Oaks, PA 19456** | | H | **Medical Debt Incurred 2014** | | | | **215.51** |
| ACCOUNT NO. **4791**<br>**Suburban Propane**<br>**P.O. Box J**<br>**Whippany, NJ 07981** | | J | **Utilities Debt Incurred 2015** | | | | **446.79** |
| ACCOUNT NO. **1576**<br>**Syncb/lowes**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | H | **REVOLVING ACCOUNT OPENED 9/2012** | | | | **1,363.00** |
| ACCOUNT NO. **6963**<br>**Syncb/plcc**<br>**Po Box 965024**<br>**Orlando, FL 32896** | | W | **REVOLVING ACCOUNT OPENED 6/1987** | | | | **388.00** |
| ACCOUNT NO. **1023**<br>**Thd/cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | **REVOLVING ACCOUNT OPENED 11/2006** | | | | **3,288.00** |
| ACCOUNT NO.<br>**Viking Client Services**<br>**7500 Office Ridge Circle**<br>**Eden Prairie, MN 55344** | | | **Assignee or other notification for:**<br>**Thd/cbna** | | | | |
| ACCOUNT NO. **3383**<br>**Urology Associates Of The Poconos Inc.**<br>**422 Normal Street**<br>**East Stroudsburg, PA 18301** | | H | **Medical Debt Incurred 2011** | | | | **91.00** |

Sheet no. \_\_\_\_**6**\_\_ of \_\_\_**7**\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,792.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen      Case No. _____

                  Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4667**<br><br>**Wells Fargo Bank**<br>**Po Box 14517**<br>**Des Moines, IA  50306** | | | REVOLVING ACCOUNT OPENED 12/2006 | | | | 15,525.00 |
| ACCOUNT NO. **9042**<br><br>**Wf Crd Svc**<br>**Po Box 14517**<br>**Des Moines, IA  50306** | | W | REVOLVING ACCOUNT OPENED 4/2006 | | | | 7,280.00 |
| ACCOUNT NO. **9346**<br><br>**Wf Crd Svc**<br>**Po Box 14517**<br>**Des Moines, IA  50306** | | | REVOLVING ACCOUNT OPENED 10/2007 | | | | 5,917.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**7**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                         (Total of this page)   $ **28,722.00**

                                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **195,548.82**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Giacchi, Louis John & Giacchi, Janice Ellen</u>                    Case No. _____
                              <span style="font-size:small">Debtor(s)</span>                                                    <span style="font-size:small">(If known)</span>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Peak Management**<br>**O/B/O Satir Hill Apartments**<br>**1 Spindrift Circle**<br>**Parkville, MD  21234** | **Debtors' Future Residential Lease** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen _____  Case No. _____
                                                                                                                                                                    Debtor(s)                                                                                                   (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 __Louis John Giacchi__
First Name       Middle Name       Last Name

Debtor 2 __Janice Ellen Giacchi__
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____<br>Number   Street<br>_____<br>_____<br>City    State    ZIP Code | _____<br>Number   Street<br>_____<br>_____<br>City    State    ZIP Code |
| How long employed there? | _____ | _____ |

---

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................➔ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: **See Schedule Attached** | 8f. | $ 1,406.77 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: **Half Of Federal Refund (Divided By 12)** | 8h. | + $ 326.92 | + $ 326.92 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,733.69 | $ 326.92 |

| | | | | | |
|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,733.69 | + $ 326.92 | = | $ 2,060.61 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies     12.     $ 2,060.61

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:     **See Continuation Sheet**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 2

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other government assistance: | | |
| **NJ Disability** | **980.57** | **0.00** |
| **Supplemental Disability Policy** | **426.20** | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 2 of 2

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtor has been on Disability from the State of New Jersey Since June of 2015.**

**2014 Federal Refund - $7,846.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    <u>Louis John Giacchi</u>
         First Name         Middle Name        Last Name

Debtor 2    <u>Janice Ellen Giacchi</u>
(Spouse, if filing)   First Name       Middle Name        Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number
(if known)   _____

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☑ No

Do not list Debtor 1 and     ☐ Yes. Fill out this information for
Debtor 2.               each dependent....................

Do not state the dependents'
names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4.   $ __**750.00**__

   If not included in line 4:

   4a.   Real estate taxes                        4a.   $ _____**0.00**_____

   4b.   Property, homeowner's, or renter's insurance     4b.   $ _____**0.00**_____

   4c.   Home maintenance, repair, and upkeep expenses    4c.   $ _____**25.00**_____

   4d.   Homeowner's association or condominium dues    4d.   $ _____**0.00**_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Louis John Giacchi**_____    Case number *(if known)*_____

     First Name      Middle Name      Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  |  | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 383.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 18.75 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 0.00 |
| | 6d. Other. Specify: **See Schedule Attached** | 6d. | $ 339.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 20.00 |
| 10. | **Personal care products and services** | 10. | $ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 5.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 139.17 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 130.00 |
| | 15d. Other insurance. Specify: **Union Dues (To Keep Health Insurance)** | 15d. | $ 17.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: **Vacation Club** | 17c. | $ 33.60 |
| | 17d. Other. Specify:_____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 6I). | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Case 5:15-bk-04073-RNO    Doc 1-1    Filed 09/23/15    Entered 09/23/15 10:36:42    Desc
Schedules and Statements    Page 27 of 42

21.  **Other**. Specify: **See Schedule Attached**_____    21.  +$ _____115.16_____

22.  **Your monthly expenses.** Add lines 4 through 21.

The result is your monthly expenses.    22.  $ _____2,725.68_____

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____2,060.61_____

23b.  Copy your monthly expenses from line 22 above.    23b.  − $ _____2,725.68_____

23c.  Subtract your monthly expenses from your monthly income.

The result is your *monthly net income.*    23c.  $ _____-665.07_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    **None**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)
**Phone/Cable/Internet**                                                                 **139.00**
**Cell Phone**                                                                           **200.00**

Other Expenses (DEBTOR)
**AAA**                                                                                   **15.16**
**Automotive Upkeep**                                                                    **100.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Giacchi, Louis John & Giacchi, Janice Ellen                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**29** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 23, 2015** _____ Signature: */s/ Louis John Giacchi* _____
                                                                    Louis John Giacchi                                    Debtor

Date: **September 23, 2015** _____ Signature: */s/ Janice Ellen Giacchi* _____
                                                                    Janice Ellen Giacchi                            (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                                    _____
                                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Middle District of Pennsylvania

IN RE:                                                          Case No. _____

**Giacchi, Louis John & Giacchi, Janice Ellen**                Chapter **7** _____
<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 107,069.00 | 2014 IRS 1040 (Joint Adjusted Gross Income) |
| 118,797.00 | 2013 IRS 1040 (Joint Adjusted Gross Income) |
| 98,648.00 | 2012 IRS 1040 (Joint Adjusted Gross Income) |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Mr. & Mrs. Adam Wheeler** | **Relative** | **June 20, 2015** | **$250.00 was gifted to the Recipients for a wedding gift.** |

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Patrick J. Best, Esq.**<br>**18 North 8th Street** | **7/8/2015** | **1,200.00** |

Stroudsburg, PA  18360-0000

**Consumer Credit Counseling Services**          7/8/2015                                    50.00
**Of N.E.P.A.**
**411 Main Street**
**Stroudsburg, PA  18360-0000**

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Greater Alliance F.C.U.** | **(Combined Primary Shares/Savings, Freedom Club, and AGL Insurance Premium Accounts)** | **Closed on or about September 4, 2015 with $286.00 in it.** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1119 Indian Mountain Lakes, Albrightsville, PA 18210** | | **1987 - Present** |

**Debtors' current address (Readdressed in Accordance with the Monroe County 911 Emergency Changeover)**

| | | |
|---|---|---|
| **1 Spindrift Cr. Apt. A, Parkville, MD 21234** | | **October 2015 - Onward** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|------|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

| None | |
|------|---|
| ☑ | a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|------|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 23, 2015**          Signature  */s/ Louis John Giacchi*
                                      of Debtor                                                    **Louis John Giacchi**

Date: **September 23, 2015**          Signature  */s/ Janice Ellen Giacchi*
                                      of Joint Debtor                                              **Janice Ellen Giacchi**
                                      (if any)

                              **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Pennsylvania

**IN RE:**

Giacchi, Louis John & Giacchi, Janice Ellen

_____
<small>Debtor(s)</small>

Case No. _____

Chapter **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Monroe County Tax Claim Bureau** | **Describe Property Securing Debt:**<br>**Residential Dwelling Located at** |

Property will be *(check one)*:
- ☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Springleaf** | **Describe Property Securing Debt:**<br>**Residential Dwelling Located at** |

Property will be *(check one)*:
- ☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Peak Management** | **Describe Leased Property:**<br>**Debtors' Future Residential Lease** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**September 23, 2015**_____    _**/s/ Louis John Giacchi**_____
Signature of Debtor

_**/s/ Janice Ellen Giacchi**_____
Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank Nv Na** | **Describe Property Securing Debt:**<br>**Residential Dwelling Located at** |

Property will be *(check one)*:
- [✔] Surrendered  [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt  [✔] Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- [ ] Surrendered  [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt  [ ] Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- [ ] Surrendered  [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt  [ ] Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes  [ ] No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes  [ ] No |

Continuation sheet __1__ of __1__

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

IN RE:                                                    Case No. _____

Giacchi, Louis John & Giacchi, Janice Ellen                Chapter **7** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 23, 2015** _____    Signature: */s/ Louis John Giacchi* _____
                                        **Louis John Giacchi**                                    Debtor

Date: **September 23, 2015** _____    Signature: */s/ Janice Ellen Giacchi* _____
                                        **Janice Ellen Giacchi**                          Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Giacchi, Louis John
502 Scenic Drive East
Albrightsville, PA  18210

Capital One Bank (USA) N.A.
P.O. Box 71083
Charlotte, NC  28272-1083

Juniper MC
P.O. Box 8826
Wilmington, DE  19899-8826

Giacchi, Janice Ellen
502 Scenic Drive East
Albrightsville, PA  18210

Capital One Bank Usa N
Pob 30281
Salt Lake City, UT  84130

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051

Anders, Riegel & Masington, LLC
18 North 8th Street
Stroudsburg, PA  18360-0000

Chase Card
Po Box 15298
Wilmington, DE  19850

Kost Tire & Auto Service
P.O. Box 81410
Cleveland, OH  44181

Aes/nct
Po Box 61047
Harrisburg, PA  17106

Computer Credit Inc.
Claim Dept. 003755
640 West Fourth St., P.O. Box 5238
Winston-Salem, NC  27113-5238

Monroe County Tax Claim Bureau
One Quaker Plaza, Suite 104
Stroudsburg, PA  18360

Americollect Inc
1851 S Alverno Rd
Manitowoc, WI  54220

Credit First N A
6275 Eastland Rd
Brookpark, OH  44142

NCO Financial Systems
507 Prudential Road
Horsham, PA  19044

Amex
Po Box 297871
Fort Lauderdale, FL  33329

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE  19850

Peak Management
O/B/O Satir Hill Apartments
1 Spindrift Circle
Parkville, MD  21234

ANES Spec. Bethlehem P.C.
P.O. Box 64500
Souderton, PA  18964

Exxmblciti
Po Box 6497
Sioux Falls, SD  57117

Peerless Credit Services Inc.
P.O. Box 518
Middletown, PA  17057

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE  19899

Family Care Centers Inc.
P.O. Box 827658
Philadelphia, PA  19182-7658

Penn Credit Corp
916 South 14th Street
Harrisburg, PA  17104

Blue Ridge Communications
P.O. Box 316
Palmerton, PA  18071

Fed Loan Serv
Po Box 60610
Harrisburg, PA  17106

Pinnacle Mid-Atlantic ANES/PA
P.O. Box 650782
Dallas, TX  75265-0782

Capital Management Services LP
698 1/2 South Ogden Street
Buffalo, NY  14206-2317

Jaffe & Asher LLP
11 East Market Street, Suite102
York, PA  17401

Pocono Emergency Physicians
P.O. Box 827658
Philadelphia, PA  19182

Pocono Imaging Partner LLP
P.O. Box 60
East Stroudsburg, PA  18301-9629

Syncb/plcc
Po Box 965024
Orlando, FL  32896

Pocono Medical Center
P.O Box 822009
Philadelphia, PA  19182

Thd/cbna
Po Box 6497
Sioux Falls, SD  57117

Powell, Rogers & Speaks, Inc.
P.O. Box 930
Halifax, PA  17032

United Recovery Systems LP
5800 North Course Drive
Houston, TX  77072

Progressive Physician Associates
3735 Nazareth Rd # 206
Nazareth, PA  18045

Urology Associates Of The Poconos Inc.
422 Normal Street
East Stroudsburg, PA  18301

Prudential Insurance Co. Of America
751 Broad Street
Newark, NJ  07102

Viking Client Services
7500 Office Ridge Circle
Eden Prairie, MN  55344

Springleaf
Po Box 9068
Brandon, FL  33508

Wells Fargo Bank
Po Box 14517
Des Moines, IA  50306

St. Lukes Physicians Group
P.O. Box 5386
Bethlehem, PA  18015-0386

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT  59107

St. Lukes University Health Network
Dept 21784
P.O. Box 1259
Oaks, PA  19456

Wf Crd Svc
Po Box 14517
Des Moines, IA  50306

Suburban Propane
P.O. Box J
Whippany, NJ  07981

Syncb/lowes
Po Box 965005
Orlando, FL  32896

# United States Bankruptcy Court
## Middle District of Pennsylvania

IN RE:                                              Case No. _____

__Giacchi, Louis John & Giacchi, Janice Ellen__            Chapter **7**_____
<div align="center">Debtor(s)</div>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,200.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,200.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☐ Debtor   ☐ Other (specify):

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 23, 2015** | ***/s/ Patrick J. Best, Esquire*** |
| Date | Patrick J. Best, Esquire 309732 |
| | Anders, Riegel & Masington, LLC |
| | 18 North 8th Street |
| | Stroudsburg, PA 18360-0000 |
| | (570) 424-1117  Fax: (570) 424-2814 |
| | patrick@armlawyers.com |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

### <u>Chapter 7</u>: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only